IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT E. ZIMMERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 14-1742 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DONETTA W. AMBROSE |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | *Electronic Filing* |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this _1st_ day of _June_, 2015, upon consideration of Defendant's uncontested Motion, it is hereby

**ORDERED**

that this Court will seal the certified copy of the transcript of the administrative record that was filed on March 9, 2015.

_/s/ Donetta W. Ambrose_
UNITED STATES DISTRICT JUDGE